AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Ben T. | Arkansas-Bankruptcy Court | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge - Active | ☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

35 East Mountain, Room 411
Fayetteville, AR 72701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Partner | SRB (Small Real Estate Partnersip) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi Bankruptcy Conference (Mississippi Bankruptcy Bar) | December 6-7, 2012 | Jackson, Mississippi | Seminar | Transportation, Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SRB (Real Estate in Sebastian Co. AR ) | C | Rent | L | W | | | | | |
| 2. BTB IRA [from 401(k)] | D | Int./Div. | N | T | | | | | |
| 3. -Cash Equivalent Fidelity Fund 59 | | | | | | | | | |
| 4. -FFCB 3.45% 5/16/12 | | | | | Matured | 5/16/12 | L | | |
| 5. -FFCB 1.3% Matures 12/23/2013 | | | | | Sold | 12/24/12 | L | | |
| 6. -FHLB 3.5 Matures 3/8/2013 | | | | | | | | | |
| 7. -Fidelity Intl Discovery (FIGRX) | | | | | Sold (part) | 05/17/12 | J | | |
| 8. -Fidelity Intl Discovery (FIGRX) | | | | | Sold | 11/05/12 | J | | |
| 9. -Vanguard Mid Cap(VIMAX) | | | | | Sold (part) | 05/17/12 | J | | |
| 10. -Vanguard Mid Cap (VIMAX) | | | | | Sold | 11/05/12 | J | | |
| 11. -Vanguard Total (VTSSX) | | | | | Sold (part) | 5/17/12 | J | | |
| 12. -Vanguard Total (VTSSX) | | | | | Sold | 11/05/12 | K | | |
| 13. -Vanguard 500 (VFIAX) | | | | | Sold (part) | 05/17/12 | J | | |
| 14. -Vanguard 500 (VFIAX) | | | | | Sold (part) | 11/05/12 | M | | |
| 15. -Vanguard 500 (VFIAX) | | | | | Sold | 12/24/12 | J | | |
| 16. -Vangard Small Cap (VISGX) | | | | | Sold (part) | 05/17/12 | J | | |
| 17. -Vanguard Small Cap (VISGX) | | | | | Sold | 11/05/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FFCB 1.39% Matures 1/24/2014-2012 | | | | | Redeemed | 01/24/12 | L | | |
| 19. -Vanguard Inflation Protected AD (VAIPX) | | | | | | | | | |
| 20. -Vanguard Short Term Inv. Grade (VFSUX) | | | | | | | | | |
| 21. -Vanguard Equity Income Fund ADM 0565 (VEIRX) | | | | | Sold (part) | 05/17/12 | J | | |
| 22. -Vanguard Equity Income Fund ADM 0565 (VEIRX) | | | | | Sold | 11/05/12 | J | | |
| 23. -Toyota Motor Credit Corp. 1.25% 11/17/14 | | | | | Buy | 06/04/12 | J | | |
| 24. -Berkshire Hathaway Finl 5.1% 7/15/14 | | | | | Buy | 06/04/12 | J | | |
| 25. -General Elec. Cap. Corp. 5.5% 7/15/14 | | | | | Buy | 06/04/12 | J | | |
| 26. -JP Morgan Chase & Co. 4.65% 6/1/14 | | | | | Buy | 06/04/12 | J | | |
| 27. -Caterpillar Fin Serv Crp 4.625% | | | | | Buy | 06/05/12 | J | | |
| 28. -SBC Communications Inc. 5.1& 9/15/13 | | | | | Buy | 06/05/12 | J | | |
| 29. -Conoco Phillips 4.6% 1/15/15 | | | | | Buy | 06/05/12 | J | | |
| 30. -Wells Fargo & Co. 1.25% 2/13/15 | | | | | Buy | 06/06/12 | K | | |
| 31. -Bank of New York Mellon 2.95% 06/18/15 | | | | | Buy | 06/07/12 | J | | |
| 32. -FHLB 1.15% 7/24/14 | | | | | Buy | 06/20/12 | K | | |
| 33. -FNMA .5% 9/28/15 | | | | | Buy | 11/13/12 | L | | |
| 34. -Goldman Sachs Group Inc. 5.5% 11/15/14 | | | | | Buy | 11/15/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Toyota Motor Credit Group 1.25% 11/17/14 | | | | | Buy | 11/15/12 | K | | |
| 36. -Anheuser Busch Inbev Wor 5.375% 11/15/14 | | | | | Buy | 11/15/12 | K | | |
| 37. -US Bancorp 3.125% 04/01/15 | | | | | Buy | 11/15/12 | K | | |
| 38. -Merck & Co. Inc. 4.75% 03/01/2015 | | | | | Buy | 11/15/12 | K | | |
| 39. -JP Morgan Chase & Co. 5.25% 05/01/15 | | | | | Buy | 11/15/12 | K | | |
| 40.          Roth IRA | D | Int./Div. | N | T | | | | | |
| 41. -Fidelity Fund 59 NF Money Market | | | | | | | | | |
| 42. -Fidelity Intl Discovery FD #305 | | | | | | | | | |
| 43. -Vanguard Equity Income Fund (VEIRX) | | | | | | | | | |
| 44. -Vanguard Mid Cap Index Fund | | | | | | | | | |
| 45. -Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 46. -Vanguard 500 Index Fund | | | | | | | | | |
| 47. -Vanguard Small-Cap Growth Index Fund 861 | | | | | | | | | |
| 48.          IRA - Inherited | A | Int./Div. | K | T | | | | | |
| 49. -Fidelity Fund 59 F Money Market | | | | | | | | | |
| 50. -Fidelity Intl Discovery FD #305 | | | | | | | | | |
| 51. -Vanguard Mid Cap Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 53. -Vanguard 500 Index Fund | | | | | | | | | |
| 54. -Vanguard Small-Cap Growth Index Fund 861 | | | | | | | | | |
| 55. -Vanguard Equity Income Fund (VEIRX) | | | | | | | | | |
| 56. WATS Stock | C | Int./Div. | J | T | | | | | |
| 57. Sebastian Co. AR) | | None | L | W | | | | | ** |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. SRB is a small real estate partnership. The income is listed in Part VII, #1.

VII. #57 Rent house was demolished in late 2011. Now there remains only the _____ of raw land, which generates no income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ben T. Barry**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544